1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    THOMAS K. MILLS,

11              Plaintiff,                        No. CIV S-06-0355 ALA P

12          vs.

13     DEPT. OF CORRECTIONS,

14              Defendant.                        ORDER

15    _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On October 26, 2006, the magistrate judge filed findings and recommendations

20    herein which were served on all parties and which contained notice to all parties that any

21    objections to the findings and recommendations were to be filed within twenty days.  Neither

22    party has filed objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26    /////

1

1          1.  The findings and recommendations filed October 26, 2006 are adopted in full;

2   and

3          2.  That this action is dismissed without prejudice.

4   DATED: August 15, 2007

5

6
                                    /s/ Arthur L. Alarcón
7                                   UNITED STATES CIRCUIT  JUDGE
                                    Sitting by Designation
8
    /
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26